*AMENDED*

## DESIGNATION OF UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

Chief Judge J. Randal Hall of the United States District Court for the Southern District of Georgia has requested, on behalf of the Southern District of Georgia, that the following cases be reassigned because the current assignments implicate Canon 3(C)(1) of the Code of Conduct for United States Judges and Advisory Opinions 102 and 103: *Harpo-Brown v. Craig*, No. 1:20-cv-137; *Harpo-Brown v. Bailey*, No. 1:20-cv-161; *Harpo-Brown v. Intermark Management Corporation*, No. 1:20-cv-176; *United States v. Harpo-Brown*, No. 4:20-mj-116; and *United States v. Harpo-Brown*, No. 1:21-cr-002. Upon my request, the Honorable Marc T. Treadwell, Middle District of Georgia, has agreed to perform the duties of district judge in the United States District Court for the Southern District of Georgia in the above referenced cases, and I have determined that it is in the public interest for him to do so.

Using my authority under 28 U.S.C. § 292(b), I designate and assign the Honorable Marc T. Treadwell to perform all of the duties of district judge in the United States District Court for the Southern District of Georgia in the cases *Harpo-Brown v. Craig*, No. 1:20-cv-137; *Harpo-Brown v. Bailey*, No. 1:20-cv-161; *Harpo-Brown v. Intermark Management Corporation*, No. 1:20-cv-176; *United States v. Harpo-Brown*, No. 4:20-mj-116; and *United States v. Harpo-*

*Brown*, No. 1:21-cr-002, including any matters on remand if there should be an appeal and remand.

                                            /s/ William H. Pryor Jr.    .
                                               WILLIAM H. PRYOR JR.
                                                           Chief Judge
                                          Eleventh Circuit Court of Appeals

Dated: March 12, 2021