IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WIHLY HARPO-BROWN, )
)
    Plaintiff- Appellant, )
) CASE NO.  1:20-cv-176
)
V. )
) Appeal No. 24-13849-A
INTERMARK MANAGEMENT )
CORPORATION, et. al., )
)
)
    Defendants - Appellees. )

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___20th___ day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA